UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISAAC KEITH JONES (#350450),

       Plaintiff,                        Civil Action No. 22-cv-11843
                                             HON. BERNARD A. FRIEDMAN
                                             MAG. ANTHONY P. PATTI

vs.

HEIDI WASHINGTON, *et al.*,

       Defendants.

_____/

## ORDER ADOPTING REPORT & RECOMMENDATION (ECF NO. 45) AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court on a Report and Recommendation ("R&R") issued by Magistrate Judge Anthony P. Patti recommending that the Court dismiss with prejudice plaintiff's action for failure to show cause, to notify the Court of a current address, and to prosecute. (ECF No. 45).

No party has filed an objection to the R&R and the time to do so has passed.[1] The Court has reviewed the R&R and agrees with the magistrate judge's analysis and recommendation. Defendants have a right to finality in this matter. Accordingly,

---

[1] The Court also notes that, unsurprisingly, the R&R was returned as undeliverable. (ECF No. 46).

IT IS ORDERED that Magistrate Judge Patti's R&R (ECF No. 45) is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that the case is DISMISSED WITH PREJUDICE under Fed. R. Civ. P. 41(b), E.D. Mich. LR 41.2, and E.D. Mich. LR 11.2.

SO ORDERED.

Dated: August 9, 2023
Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on August 9, 2023.

**Isaac Keith Jones** #350450
805 St Clair
Pontiac, MI 48340

s/Johnetta M. Curry-Williams
Case Manager